UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN RANKIN III,

        Defendant.
_____/

Case No.   21-CR-20629

HON.   GEORGE CARAM STEEH

## ORDER DENYING EMERGENCY MOTION FOR TEMPORARY BEREAVEMENT RELEASE [ECF NO. 52]

Defendant John Rankin III is charged in this Court in a four-person indictment with Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. 846; Attempted Possession with Intent to Distribute a Controlled Substance - Methamphetamine, 21 U.S.C. §§ 841, 846; and, Attempted Possession with Intent to Distribute a Controlled Substance – Fentanyl, in violation of 21 U.S.C. §§ 841, 846. On November 10, 2021, the Court ordered that defendant be detained pending trial. Defendant is also charged in a 19-defendant pain pill distribution conspiracy before Judge Bernard Friedman, Case No. 20-20233. Defendant is on bond in that case, subject to home confinement and

1

monitoring by GPS tether, with the additional requirement that he must obtain permission from Pretrial Services if he seeks to leave his house for medical appointments. Of particular significance to this Court's detention determination, defendant's new criminal activity was committed in violation of his supervised release.

This matter is now before the Court on defendant's emergency motion seeking a one-day release from pre-trial detention for purposes of attending his uncle's funeral. Pretrial Services has informed the Court that it opposes defendant's request due to defendant's failure to comply with his bond conditions in his case before Judge Friedman. Furthermore, the Court notes that defendant has not filed a motion for bereavement release before Judge Friedman, depriving him of the opportunity to assess the request, which would require a modification of bond conditions set in Case No. 20-20233.

The Court finds that despite defendant's unfortunate family circumstances, based on his past failure to comply with release conditions, and to protect the public, defendant shall not be granted a bereavement release. Now, therefore,

IT IS HEREBY ORDERED that defendant's motion for temporary

bereavement release is DENIED.

Dated:   November 19, 2021

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE